**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JUDY SINGLEY, et al., <br>                Plaintiffs, <br>       v. <br> AACRES/ALL VEST LLC, et al., <br>                Defendants. | NO. C09-5443 FDB <br><br> JOINT STATUS REPORT |

Pursuant to the Court's Minute Order dated September 22, 2009 (Dkt. #3), the parties, by and through their attorneys of record, hereby submit the following Joint Status Report:

**1. <u>Statement Regarding Jurisdiction of this Court</u>:**

    a. Plaintiff alleges violations of the Americans with Disabilities Act, 42 U.S.C. §§1231-32; Violations of Rehabilitation Act of 1973, 29 U.S.C. §794; Violations of the Medicaid Act, 42 U.S.C. §1396; Violations of Civil Rights under 42 U.S.C. §1983, as well as related state law claims. This matter was initially filed in the Washington State Court System (Pierce County Superior Court) on April 16, 2009. Pursuant to 28 U.S.C. §1441(b), Defendants removed this case to federal court on July 21, 2009. This Court also has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367.

JOINT STATUS REPORT -- NO. C09-5469 RBL     1     ATTORNEY GENERAL OF WASHINGTON <br>
Torts Division <br>
7141 Cleanwater Drive SW <br>
PO Box 40126 <br>
Olympia, WA 98504-0126 <br>
(360) 586-6300

  b. Defendant Aacres Allvest, LLC, is a limited liability corporation incorporated in the state of Washington, with its principal place of business in Pierce County, Washington.

**2. Statement Regarding Jurisdiction:** Venue in the Western District is appropriate as the alleged violation of Plaintiffs' constitutional rights under 42 U.S.C. § 1983 and the other acts alleged in the Complaint occurred in Pierce County, Washington. Moreover, Defendant Aacres Allvest, LLC, had its primary place of business in Pierce County, Washington, and Defendant State of Washington, Department of Social and Health Services, is headquartered in Thurston County, Washington.

**3. Statement Regarding the Nature and Complexity of the Case:** Plaintiffs seek monetary damages in the form of compensatory damages, punitive damages, and an award of attorneys' fees and costs pursuant to 42 U.S.C. §1983. Plaintiffs also seek declaratory and injunctive relief. Defendants deny liability with respect to all claims and deny the nature and extent of Plaintiffs' injuries and/or damages, if any. This is not a complex case.

**4. Status of the Case:** The parties held a Fed. R. Civ. P. 26(f) conference on October 26, 2009. The parties discussed the joint status report and discovery plan contained herein. The parties agreed that the deadline to file a motion to join additional parties will be November 30, 2009. The parties also discussed the need for additional time to complete their Initial Disclosures; the parties thus agreed to exchange Initial Disclosures by no later than Friday, December 11, 2009.

**5. Special Master:** At this time, the parties do not request referral of any portion of this case to a Special Master pursuant to Fed. R. Civ. P. 53.

**6. Mediation:** The parties agree that a Rule 39.1 mediation should occur no later than 60 days prior to trial.

JOINT STATUS REPORT -- NO. C09-5469 RBL  2  ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

**7. Magistrate Judge Assignment:** The parties do not consent to assignment of this case to a full-time United States Magistrate Judge.

**8. Date Ready for Trial:** The parties request a trial date no earlier than October 18, 2010.

**9. Jury or Non-Jury:** The parties request that all issues of fact be determined by a jury.

**10. Total Number of Trial Days:** The parties believe that this case will take eight (8) full trial days.

**11. Contact Information for Counsel:**

a. Counsel for Plaintiff Judy Singley, individually and as Guardian for Dana Singley:

Darrell L. Cochran & David L. Sanders
Pfau Cochran Vertetis Kosnoff, PLLC
911 Pacific Ave., Suite 200
Tacoma WA 98402
(253)777-0799

b. Counsel for Defendant State of Washington, Department of Social and Health Services:

Peter Helmberger, Assistant Attorney General
1019 Pacific Ave., 3rd Floor
P.O. Box 2317
Tacoma, WA 98401-2317
(253)593-5243

Ian M. Bauer, Assistant Attorney General
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

c. Counsel for Defendant Aacres Allvest, Inc.:

Dennis J. La Porte, Esq.
Krilich, La Porte, West & Lockner, P.S.
524 Tacoma Ave. South
Tacoma, WA 98402
Phone: (253)383-4704

JOINT STATUS REPORT -- NO. C09-5469 RBL    3    ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

**12. Trial Conflicts:** Plaintiff's counsel is unavailable for trial October 6-10, 2010, October 26-28, 2010, November 1-5, 2010, November 15-19, 2010, November 29, 2010-December 7, 2010.

Counsel for Defendants State of Washington, Department of Social and Health Services, are unavailable for trial October 4-17, 2010, November 1-2, 2010, and December 13-31, 2010.

Counsel for Defendant Aacres Allvest, LLC is unavailable for trial before September 30, 2009.

**13. Suggestions for Shortening Time or Simplifying Case:** None of the parties believe that any additional orders or suggestions are necessary with respect to shortening time or simplifying the case.

**14. Bifurcation:** The parties agree that bifurcation is unnecessary in this case.

DATED this 18th day of November, 2009.

| | |
|---|---|
| ROBERT M. MCKENNA<br>Attorney General | KRILICH, LA PORTE, WEST &<br>LOCKNER, P.S. |
| /s/ *Ian M. Bauer*<br>PETER HELMBERGER, WSBA No. 23041<br>IAN M. BAUER, WSBA No. 35563<br>Assistant Attorney General<br>Attorneys for Defendant State of Washington,<br>Department of Social and Health Services | /s/ *Dennis J. LaPorte*<br>DENNIS J. LA PORTE, WSBA No. 2971<br>Attorneys for Defendant Aacres Allvest, Inc. |

PFAU COCHRAN VERTETIS KOSNOFF, PLLC

/s/ *Darrell L. Cochran*
DARRELL L. COCHRAN, WSBA No. 22851
DAVID L. SANDERS, WSBA No. 39697
Attorneys for Plaintiff Judy Singley,
individually and as Guardian for Dana
Singley

JOINT STATUS REPORT -- NO. C09-5469 RBL      4      ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2009, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

ROBERT M. MCKENNA
Attorney General

/s/ *Ian M. Bauer*

IAN M. BAUER
Assistant Attorney General
Attorneys for Defendants State of Washington,
Department of Social and Health Services

Torts Division
P.O. Box 40126
Olympia, WA  98504-0126
(360) 586-6300

JOINT STATUS REPORT -- NO. C09-5469 RBL                5                ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300