# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JUDY SINGLEY, individually and as Guardian for DANA LOUISE SINGLEY,<br><br>Plaintiffs,<br><br>v.<br><br>AACRES/ALL VEST, LLC, a Limited Liability Corporation, and the STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, DIVISION OF DEVELOPMENTAL DISABILITIES,<br><br>Defendant. | NO. C09-5443FDB<br><br>NOTICE OF CHANGE OF ADDRESS |

TO:  CLERK OF THE COURT;

AND TO:  ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that, **effective Friday, July 30, 2010**, the undersigned attorney will be relocating and the address, telephone number, and fax number for the undersigned attorney will be as follows (note that only our physical address is changing; the post office box, telephone number and fax number remain the same):

NOTICE OF CHANGE OF ADDRESS   1   ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243

| | | | |
|---|---|---|---|
| 1 | Office of the Attorney General | Phone: | (253) 593-5243 |
| 2 | Torts Division<br>1250 Pacific Avenue, Suite 105<br>P O Box 2317 | Fax: | (253) 593-2449 |
| 3 | Tacoma, WA 98401-2317 | | |

4   The undersigned attorney requests that notice of any and all further proceedings in said

5   action be served upon the undersigned attorney at the address stated above.

6   **TRANSMISSION BY FAX DOES NOT CONSTITUTE SERVICE.**

7

8   DATED this 21th day of July, 2009.

9

    ROBERT M. MCKENNA
10  Attorney General

11

12  /s/ Peter J. Helmberger
    PETER HELMBERGER, WSBA No. 23041
13  Assistant Attorney General

---

NOTICE OF CHANGE OF ADDRESS     2     ATTORNEY GENERAL OF WASHINGTON
                                      Torts Division
                                      1019 Pacific Ave., 3rd Floor
                                      P O Box 2317
                                      Tacoma WA 98401-2317
                                      (253) 593-5243

**PROOF OF SERVICE**

I hereby certify that on July 21, 2010, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Darrell Cochran:         Darrell@pcvklaw.com

David L. Sanders:        david@pcvklaw.com

Dennis J. La Porte:      laporte@524law.com

/s/ Peter J. Helmberger
PETER J. HELMBERGER, WSBA No. 23041
Assistant Attorney General

NOTICE OF CHANGE OF ADDRESS    3    ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243