# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JUDY SINGLEY, individuallly and as Guardian for DANA LOUISE SINGLEY,<br><br>Plaintiffs,<br><br>v.<br><br>AACRES LANDING, INC., et al.,<br><br>Defendants. | NO. C09-5443 RBL<br><br>DECLARATION OF IAN M. BAUER |

IAN M. BAUER hereby declares as follows:

1. I am over 21 years of age and am competent to testify about the matters stated herein. I make this declaration based upon my personal knowledge.

2. I am an Assistant Attorney General assigned to represent Defendant State of Washington, Department of Social and Health Services, Division of Developmental Disabilities ("**Department**"), in the above-captioned lawsuit.

3. True and correct copies of excerpts from the deposition of Plaintiff Judy Singley taken on March 2, 2011, pages 20-23, 27-28, 32-41, 44-45, 50-51, 62-69, 86, are attached hereto as **Exhibit A**.

DECLARATION OF IAN M. BAUER --        1        ATTORNEY GENERAL OF WASHINGTON
3:09-CV-05443 RBL                              Torts Division
                                               7141 Cleanwater Drive SW
                                               P O Box 40126
                                               Olympia, WA 98504-0126
                                               (360) 586-6300

4. True and correct copies of excerpts from the deposition of Plaintiff Dana Singley taken on March 2, 2011, pages 13-20, 42-43, 51-56, 69-70, are attached hereto as **Exhibit B**.

5. A true and correct copy of Exhibit 1 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit C**. This document was also marked as Exhibit 1 to the deposition of Teri O'Donnell, taken on March 3, 2011.

6. A true and correct copy of Exhibit 2 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit D**.

7. A true and correct copy of Exhibit 3 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit E**.

8. A true and correct copy of Exhibit 4 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit F**.

9. A true and correct copy of Exhibit 5 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit G**.

10. A true and correct copy of Exhibit 6 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit H**.

11. A true and correct copy of Exhibit 7 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit I**.

12. A true and correct copy of Exhibit 8 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit J**.

13. A true and correct copy of Exhibit 9 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit K**.

14. A true and correct copy of Exhibit 10 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit L**. This document was also

DECLARATION OF IAN M. BAUER --
3:09-CV-05443 RBL

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P O Box 40126
Olympia, WA 98504-0126
(360) 586-6300

marked as Exhibit 10 to the depositions of Teri O'Donnell and Denise Pech, taken on March 3, 2011, and the deposition of anita delight on April 12, 2011.

15. A true and correct copy of Exhibit 11 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit M**. This document was also marked as Exhibit 11 to the depositions of Teri O'Donnell and Denise Pech, taken on March 3, 2011.

16. A true and correct copy of Exhibit 12 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit N**.

17. A true and correct copy of Exhibit 13 from the deposition of Plaintiff Judy Singley taken on March 2, 2011, is attached hereto as **Exhibit O**.

18. A true and correct copy of Exhibit 14 from the deposition of Teri O'Donnell taken on March 3, 2011, is attached hereto as **Exhibit P**.

19. A true and correct copy of Exhibit 19 from the deposition of Denise Pech taken on March 3, 2011, is attached hereto as **Exhibit Q**. This document was also marked as Exhibit 19 to the deposition of Sandi Miller, taken on April 11, 2011.

20. True and correct copies of excerpts from the deposition of Kimberly Calkins taken on April 11, 2011, pages 8-9, 14, and 26 are attached hereto as **Exhibit R**.

21. True and correct copies of excerpts from the deposition of Sandra Miller taken on April 11, 2011, pages 8, 20-24, 26, 30 and 32-33 are attached hereto as **Exhibit S**.

22. True and correct copies of Exhibits 20-33 from the deposition of Kimberly Calkins taken on April 11, 2011, are attached hereto as **Exhibit T**.

23. True and correct copies of Exhibits 34-35 from the deposition of Kimberly Calkins taken on April 11, 2011, are attached hereto as **Exhibit U**.

I declare under penalty of perjury under the laws of the State of Washington that the above declaration is true and correct to the best of my knowledge.

DECLARATION OF IAN M. BAUER --     3     ATTORNEY GENERAL OF WASHINGTON
3:09-CV-05443 RBL     Torts Division
7141 Cleanwater Drive SW
P O Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1  I declare under penalty of perjury under the laws of the State of Washington that the
2  above declaration is true and correct to the best of my knowledge.
3  DATED at Tumwater, Washington this 14th day of April, 2011.

/s/ *Ian M. Bauer*
IAN M. BAUER

DECLARATION OF IAN M. BAUER --  　　　4  　　　ATTORNEY GENERAL OF WASHINGTON
3:09-CV-05443 RBL  　　　　　　　　　　　　　　　　Torts Division
　　　　　　　　　　　　　　　　　　　　　　　　7141 Cleanwater Drive SW
　　　　　　　　　　　　　　　　　　　　　　　　P O Box 40126
　　　　　　　　　　　　　　　　　　　　　　　　Olympia, WA 98504-0126
　　　　　　　　　　　　　　　　　　　　　　　　(360) 586-6300

Case 3:09-cv-05443-RBL   Document 56   Filed 04/14/11   Page 5 of 5

**PROOF OF SERVICE**

I hereby certify that on April 14, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Darrell Cochran:       Darrell@pcvklaw.com

Dennis J. La Porte:    laporte@524law.com

/s/ Ian M. Bauer
IAN M. BAUER, WSBA No. 35563
Assistant Attorney General

DECLARATION OF IAN M. BAUER --
3:09-CV-05443 RBL

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P O Box 40126
Olympia, WA 98504-0126
(360) 586-6300