1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

JUDY SINGLEY, individually and as
Guardian for DANA LOUISE SINGLEY,

                 Plaintiffs,

     v.

AACRES/ALLVEST, LLC, a Limited
Liability Corporation, and the STATE OF
WASHINGTON, DEPARTMENT OF
SOCIAL AND HEALTH SERVICES,
DIVISION OF DEVELOPMENTAL
DISABILITIES,

                 Defendants.

NO.  C09-5443 RBL

**DECLARATION OF KIM
CALKINS IN SUPPORT
OF DEFENDANT
AACRES LANDING,
INC.'S MOTION FOR
SUMMARY JUDGMENT**

NOTE ON MOTION
CALENDAR: 7-1-11

KIM CALKINS hereby declares as follows:

    1)    In June 2007, I was a regional director for Aacres Landing, Inc.

("Aacres"). Sandi Miller was my immediate supervisor.  In my capacity, I was very

familiar with Dana Singley and the issues related to her care under the contract that

Aacres had with the State of Washington.

DECLARATION OF KIM CALKINS IN SUPPORT OF
DEFENDANT AACRES LANDING, INC.'S
MOTION FOR SUMMARY JUDGMENT - 1
C09-5443 RBL

Krilich, La Porte,
West & Lockner, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

2)        Aacres was a relatively small agency officed at 9720 South Tacoma Way, Tacoma, Washington.  With respect to the care of Dana Singley, I reported to Sandi Miller who reported to Cheryl Borden; Holly Starr reported to Terri Moore who reported to me.  Although the ownership of Aacres has changed and we work for a new corporation, the nature of our business remains the same as does the above-stated chain of command.  Our people are very dedicated to the individuals we serve and are well trained and experienced.

3)        During the year prior to the date Aacres Landing, Inc., terminated its services for Dana Singley, she became increasingly more difficult for Aacres staff to provide services for her under the contract.

4)        I was not involved in the decision to terminate the care of Dana Singley, but I agreed with that decision.  We wanted to help Dana Singley, but she resisted our efforts more and more.  I did not retaliate against Dana or Judy Singley nor did I discriminate against them or harbor any evil motive or intent, and I know of no one at Aacres who did, or event suggested such conduct.

5)        Attached as Exhibit 1 are true and accurate excerpts from my deposition taken by Dana's attorney and the State's attorney on April 11, 2011, as follows: Page 14, lines 2-5; page 29, line 14 to page 30, line 1;  page 39, lines 11-16; page 53, lines 14-23; page 57, line 23 to page 58, line 14; page 62, line 22 to page 65, line 7; page 73, line 6 to page 74, line 25.

I certify and declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DECLARATION OF KIM CALKINS IN SUPPORT OF
DEFENDANT AACRES LANDING, INC.'S
MOTION FOR SUMMARY JUDGMENT - 2
C09-5443 RBL

Knlich, La Porte,
West & Lockner, P.S
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

1

Dated _May 31_, 2011, at Tacoma, Washington.

2

3

4

KIM CALKINS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF KIM CALKINS IN SUPPORT OF
DEFENDANT AACRES LANDING, INC.'S
MOTION FOR SUMMARY JUDGMENT - 3
C09-5443 RBL

Kinbeh, La Porte,
West & Lockner, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704

1

2
## PROOF OF SERVICE

3       I hereby certify that on June ___6___, 2011, I caused to be electronically filed

4  the foregoing document with the Clerk of the Court using the CM/ECF system which

5  will send notification of such filing to the following:

6           Darrell Cochran:          darrell@pcvklaw.com

7           David L. Sanders:         david@pcvklaw.com

8

9                                      _Sally Favors_

10                                     Sally Favors, Legal Assistant to
                                       Dennis J. La Porte, Attorney at Law, WSBA
11                                     #2971

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF KIM CALKINS IN SUPPORT OF
DEFENDANT AACRES LANDING, INC.'S
MOTION FOR SUMMARY JUDGMENT - 4
C09-5443 RBL

Krilich, La Porte,
West & Lockner, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704